1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  WADE M. RHYNE (CABN 216799)
   Assistant United States Attorney
5       1301 Clay Street, Suite 340S
        Oakland, California 94612
6       Telephone: (510) 637-3693
        FAX: (510) 637-3724
7       Email: wade.rhyne@usdoj.gov

8  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR-14-00372 JD |
|---|---|---|
| Plaintiff, | ) ) | STATUS STATEMENT AND JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING FROM DECEMBER 17, 2015 TO JANUARY 14, 2016 |
| v. | ) ) ) | |
| SCOTT W. NEWMAN, | ) ) | Date: December 17, 2015 |
| Defendant. | ) ) ) ) ) | Time: 9:30 a.m. |

The above-entitled Petition for Offender Under Supervision ("Form 12") is set before this Court on December 17, 2015 at 9:30 a.m. For the reasons set forth below, the parties jointly request that the matter be continued to January 14, 2016 at 9:30 a.m. for an anticipated admission and sentencing.

Defendant Scott W. Newman is charged with a single violation of his supervised release arising from three alleged positive drug tests for marijuana. The parties have been in active discussions regarding a joint proposed resolution however require more time to reach a final proposal. Additionally, defense counsel will be unavailable from December 22 through December 30. Against that backdrop, the parties intend to continue their settlement efforts and file sentencing recommendations not later than

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
CR-14-00372 JD

December 30, 2015, which is two weeks prior to the requested January 14 hearing date.  In the event the parties reach a joint proposed resolution then they anticipate filing a joint sentencing memorandum.  The proposed continuance and briefing schedule will help ensure an efficient use of the Court's time and the parties' resources.  The United States Probation Officer (USPO) is in agreement with the proposed continuance.  Because this is a Form 12 matter, there are no Speedy Trial Act considerations.

Accordingly, the parties jointly request this court to continue the December 17, 2015 hearing to January 14, 2016 at 9:30 a.m.

DATED:  December 10, 2015                              /s/
WADE M. RHYNE
Assistant United States Attorney


DATED:  December 10, 2015                              /s/
JOYCE LEAVITT
Counsel for Defendant


### [PROPOSED] ORDER

For good cause shown, **IT IS HEREBY ORDERED** that the hearing in this matter is continued from December 17, 2015 to January 21, 2016 at 10:30 a.m. in Courtroom 11 of the San Francisco courthouse.

**IT IS SO ORDERED.**

DATE:  December 14, 2015                              
JAMES DONATO
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
CR-14-00372 JD